**Order filed July 31, 2013**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00569-CR
————————

### ANDRE CHUARON HARLAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1313915**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibits #1, #3, #4, #5 and #6.**

The clerk of the 248th District Court is directed to deliver to the Clerk of this court the original of State's exhibits #1, #3, #4, #5 and #6, on or before **August 12, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibits #1, #3, #4, #5 and #6, to the clerk of the 248th District Court.

PER CURIAM